## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DEREK RYAN SCHELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   Case No. CIV-12-866-M |
| | ) |
| JUSTIN JONES, et al., | ) |
| | ) |
| Defendants. | ) |

### ORDER

On September 7, 2012, United States Magistrate Judge Bana Roberts issued a Report and Recommendation in this action brought pursuant to 42 U.S.C. § 1983, for the alleged violation of plaintiff's constitutional rights. The Magistrate Judge recommended that the complaint be dismissed in accordance with 28 U.S.C. § 1915A. Plaintiff was advised of his right to object to the Report and Recommendation by September 27, 2012. On September 18, 2012, plaintiff filed his objection.

Upon de novo review, the Court:

(1) ADOPTS the Magistrate Judge's Report and Recommendation [docket no. 7] issued on September 7, 2012, and

(2) DISMISSES the complaint in accordance with 28 U.S.C. § 1915A.

**IT IS SO ORDERED this 25th day of September, 2012.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE